# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MIRAMONT MANAGEMENT COMPANY, L.L.C. D/B/A MIRAMONT COUNTRY CLUB, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-08-2188 |
| JOHN SIBBALD ASSOCIATES, INC., DANIEL M. DENEHY AND PAUL SPELLMAN, | § § § § | |
| *Defendants*. | § | |

## ORDER OF REMAND

In accordance with the court's memorandum opinion and order issued on this date, Miramont Management Company, L.L.C. d/b/a Miramont Country Club's complaint against John Sibbald Associates, Inc., Daniel M. Denehy, and Paul Spellman is REMANDED to the 85th Judicial District Court of Brazos County, Texas.

Signed at Houston, Texas on August 26, 2008.

_____
Gray H. Miller
United States District Judge