**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MIRAMONT MANAGEMENT COMPANY, L.L.C. D/B/A MIRAMONT COUNTRY CLUB, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-08-2188 |
| JOHN SIBBALD ASSOCIATES, INC., DANIEL M. DENEHY AND PAUL SPELLMAN, | § § § § | |
| *Defendants*. | § | |

## ORDER

The order of remand (Dkt. 11) entered August 26, 2008 is VACATED. Defendants have until August 28, 2008 to file their response to plaintiff's motion to remand. At that time the Court will enter a supplemental opinion on plaintiff's motion.

Signed at Houston, Texas on August 26, 2008.

_____
Gray H. Miller
United States District Judge